IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN ALDERFER** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 16-1906** |
| : | |
| **AARON AUMILLER, ESQ.,** *d/b/a* : | |
| **Aumiller Lomax, LLC** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 21st day of December 2016, upon consideration of Plaintiff's Uncontested Motion to Extend Discovery Deadline [Doc. No. 29], it is hereby **ORDERED** that the Motion is **GRANTED** as follows: The discovery deadline is extended until **February 17, 2017**. Any further requests for an extension of time may require a conference with the Court.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**